Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

HAROCO COMPANY, INC., Respondent, v. ABRAHAM SAHIM, Individually and Doing Business as A. SAHIM COMPANY, Defendant, and MOHAMED S. M. IREVANI, Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Shientag and Bergan, JJ.

MAUDE C. MATTHEWS, Appellant, v. EUSTACE V. DENCH, as Executor of HENRY C. MATTHEWS, Deceased, et al., Respondents.—

Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ. [See *post*, pp. 986, 987.]

MILDRED MARLOW, Appellant, v. SAM MARLOW, Respondent.—

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

EVELYN C. BELBER, Respondent, v. RICHARD BELBER, Appellant.—

Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Bergan, JJ.

LARRY SILBERBERG, as Trustee under Agreement between FLO LUXENBERG and Others, Respondent, v. RUTH LIPTON, as Executrix of CONRAD LIPTON, Deceased, et al., Appellants, et al., Defendants.—